AO91 (Rev. 12/03)   Criminal Complaint                                                           AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**                         **CRIMINAL COMPLAINT**
                vs.
                                                     Case Number: 1:18-po-917
Francisco RAMIREZ- Pintor
 A216 585 631  Mexico

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about   May 14, 2018   in   Cameron   County, in the   Southern District Of Texas   defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title   8   United States Code, Section(s)   1325(a)(1)

I further state that I am a(n)   Border Patrol Agent   and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on May 14, 2018. The defendant is a citizen of Mexico who entered the United States illegally by swimming across the Rio Grande River near Brownsville, Texas on May 14, 2018 thus avoiding immigration inspection.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Fayett, Bernardo I.  Border Patrol Agent
Signature of Complainant

Fayett, Bernardo I.   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

May 16, 2018                                         at   Brownsville, Texas
Date                                                      City/State

Ignacio Torteya III         U.S. Magistrate Judge
Name of Judge               Title of Judge                Signature of Judge